UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK COLLINS, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-18,<br><br>        Defendants. | Civil Action No.:  11-cv-7252-MSG |

### DEFENDANT JOHN DOE 13'S MOTION TO SEVER DEFENDANTS FOR IMPROPER JOINDER AND TO VACATE THE ORDER GRANTING LEAVE TO SERVE THIRD-PARTY SUBPOENAS AND QUASH THE SUBPOENA

Pursuant to FED. R. CIV. P. Rules 20, 21 and 45, Defendant, John Doe 13 ("Defendant") hereby moves to sever defendants for improper joinder and to vacate the January 24, 2012 Order granting Plaintiff, Patrick Collins, Inc. ("Plaintiff") leave to serve third party subpoena upon Defendant's Internet Service Provider ("ISP"), Comcast Corporation ("Comcast") and quash the subpoena served upon Comcast. In support of this motion, Defendant submits the accompanying Memorandum of Law, together with the exhibits attached thereto.

                                                             Respectfully submitted,
                                                             **FELLHEIMER & EICHEN LLP**

                                                             */s/ John J. Jacko, III*
                                                            John J. Jacko, III, Esquire
                                                           Susan M. O, Esquire
                                                           Two Liberty Place
                                                           50 South 16th Street, 34th Floor
                                                           Philadelphia, PA 19102
                                                           Phone:  (215) 253-6634
                                                           *Attorneys for Defendant*
                                                           *John Doe 13*

Dated:  March 8, 2012

## CERTIFICATE OF SERVICE

    I, John J. Jacko, III, hereby certify that on March 8, 2012, a true and correct copy of the foregoing Motion to Sever Defendants for Improper Joinder and to Vacate the Order Granting Leave to Serve Third-Party Subpoenas and Quash the Subpoena was served via the ECF system upon the following:

Christopher P. Fiore, Esquire<br>
**FIORE & BARBER LLC**<br>
425 Main St, Ste. 200<br>
Harleysville, PA 19438

**FELLHEIMER & EICHEN LLP**

 /s/ John J. Jacko, III
John J. Jacko, III, Esquire
Two Liberty Place
50 South 16th Street, 34th Floor
Philadelphia, PA 19102
Phone: (215) 253-6634
*Attorneys for Defendant*
*John Doe 13*